E-FILED
Friday, 09 September, 2005 09:55:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**
SEP - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JASON A. DIXON,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 05-20037<br>    Violation: 18 U.S.C. § 1703(a) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about November 27, 2004, in Vermilion County, in the Central District of Illinois, the defendant,

**JASON A. DIXON,**

being a Postal Service employee, did knowingly and unlawfully secrete, detain, and delay more than 280 pieces of mail which had been entrusted to him and was intended to be conveyed by mail;

All in violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Gregory Harris for
JAN PAUL MILLER
UNITED STATES ATTORNEY/RNC