E-FILED
Monday, 17 October, 2005  04:12:58 PM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.                                                             Case Number:   05-20037

**JASON A. DIXON**
2200 N Vermilion St, Apt 105
Danville, IL 61832

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**,

201 S. Vine St. Urbana, Illinois

at

**10:00 a.m.**

on

**October 18, 2005**

before the

HONORABLE **DAVID G. BERNTHAL**

To answer an **Indictment** charging you with a violation of Title **18**, United States Code, Section 1703(a).

Brief description of offense:

Unlawful Delay of Mail

*RECEIVED 2005 SEP 12 P 1:19 U.S. MARSHALS SERVICE CENTRAL ILLINOIS*

DATE: September 9, 2005

DAVID G. BERNTHAL

s/David G. Bernthal
U.S. MAGISTRATE JUDGE

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) 12 OCTOBER 2005 |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at: 2200 N. VERMILION ST APT 105 DANVILLE, IL 61832 |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.<br><br>Returned on: 12 OCTOBER 2005          USM STEVEN DEATHERAGE<br>          Date                              Name of United States Marshal<br><br>                                    Dawn J. Novack<br>                                    (by) Deputy United States Marshal<br><br>Remarks: |