# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

E-FILED
Tuesday, 18 October, 2005 01:54:55 PM
Clerk, U.S. District Court, ILCD

CJA 23 (Rev 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. DIXON

FOR AT: FILED OCT 18 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, IL

PERSON REPRESENTED (Show your full name): Jason A. Dixon

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate:
District Court: 05-20037
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ 2-05 / 1500-2?
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: ___
- SOURCES: ___
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 234.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $ 900   DESCRIPTION: Truck 89 GMC Sonoma

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | | $ | $ 500.00 |
| MEDICAL | (Insulin, Needles, Strips, Inhaler) | $ | $ 400-500 |
| PHONE | | $ | $ 100.00 |
| POWER | | $ | $ 75-125 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10-18-05    ON BACK →

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/Jason Dixon