**E-FILED**
Tuesday, 18 October, 2005  01:58:28 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  <br>  Plaintiff  ) <br> ) <br> )  CASE NO. **05-20037** <br> ) <br> **JASON A. DIXON**  ) <br>  Defendant  ) | |

### SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:30 A.M.** on **DECEMBER 7, 2005** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **DECEMBER 19, 2005** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 18th day of October, 2005.

                                                   s/David G. Bernthal
                                                   DAVID G. BERNTHAL
                                                   U.S. MAGISTRATE JUDGE