UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON DIXON,<br><br>    Defendant | No.:05-CR-20037 |

### NOTICE OF REASSIGNMENT

Now comes Richard H. Parsons, the Chief Federal Public Defender for the Central District of Illinois, through TIFFANI D JOHNSON, Assistant Federal Defender, and hereby gives notice to this Honorable Court that this case has been reassigned to ROBERT A. ALVARADO, and therefore requests that an entry be made on the docket that Ms. Johnson's representation has terminated, as Ms. Johnson has accepted employment elsewhere and will not longer be employed with the Federal Defenders Officer for the Central District of Illinois as of Friday, January 6, 2006. Mr. Alvarado, therefore, should be entered as counsel of record.

Respectfully Submitted,

RICHARD H. PARSONS, Federal Public Defender

s/Tiffani D. Johnson
TIFFANI D. JOHNSON, Bar No.:6278909
Assistant Federal Defender
300 West Main Street; Urbana, Illinois 61802
Phone: (217) 373-0666; Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Defendant and all of the parties in this cause.

                                                s/Tiffani D. Johnson
                                                _____
                                                TIFFANI D. JOHNSON, Bar No.:6278909
                                                Assistant Federal Defender
                                                300 West Main Street
                                                Urbana, Illinois 61801
                                                Phone: (217) 373-0666
                                                Fax: (217) 373-0667
                                                Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Dixon, Jason\NoticeReassignment.wpd