UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 05-20037 |
| JASON A. DIXON, | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S SENTENCING EXHIBITS

Now comes the Defendant, JASON A. DIXON, by and through his attorney, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), and hereby enters the following exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1. Exhibit A: Jennifer Rexroad Letter;

2. Exhibit B: Robert Newman Letter; and

3. Exhibit C: Prairie Center Certificate Of Completion

    Respectfully Submitted,

    JASON A. DIXON, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

        s/John Taylor
BY:_____
    JOHN TAYLOR
    Assistant Federal Public Defender
    300 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 373-0666
    Facsimile: (217) 373-0667
    Email: John_Taylor@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

                                                s/John Taylor

                                                _____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org