E-FILED
Thursday, 09 March, 2006 01:26:01 PM
Clerk, U.S. District Court, ILCD

March 7, 2006

To Whom It May Concern:

I have known Jason for about eight months now (since July, 2005) and during that time I have come to rely on him quite a bit. I can always count on him for support, understanding and assistance. He is very reasonable and levelheaded and brings an added sense of stability to my home.

Jason has grown very close to my children, Cecilia and Gage, and he has begun to play a very important role in helping to instill good values in them. He helps to teach them right from wrong, encourages them to try anything they want regardless of past failures and sets an example for them as to how a man is supposed to treat his family and friends. Cecilia and Gage have come to love Jason and miss him terribly when he is not around. They have made comments like they feel safer when Jason is there, that they miss him and can't wait to see him and that they wish they could spend more time with him. Since Jason has been part of out lives, we have worked together (all four of us) to make a happy, safe, secure home. It hasn't always been easy, but Jason has been there during the tough times working just as hard as (and sometimes harder than) the rest of us to make sure we make it through whatever issue has come up. He has shown an unwavering commitment to me, my kids and this relationship repeatedly. I think that says a lot about the kind of person Jason is.

I have really come to appreciate Jason – as a person, a friend and as someone I am very thankful is part of my life. His character and strength have helped this family through a difficult period and I will always be indebted to him for his support. Jason is a good, kind man whose honesty and integrity set the kind of example that other people

should hope to achieve. His influence in our lives has been nothing but positive. He has taught us all a lot about independence, strength and commitment. Jason has also always been an advocate of taking responsibility for one's own actions. He empowers Cecilia and Gage to make their own choices and to take the responsibility for the consequences (good or bad) of those choices. Mainly, he has shown way to be a healthier, happier person just by the example he sets in the way he leads his own life, makes his own choices and takes responsibility for his actions. Jason is a good man who, I firmly believe, deserves to have good things happen for him.

If there are any questions or concerns regarding anything I have stated in the letter, please feel free to contact me. Also, if I can be of any further assistance, I am more than happy to help out in any way. I can be reached during regular business hours at 244-0135 or jrrexroa@uiuc.edu.

Sincerely,

s/Jennifer Rexroad

Jennifer Rexroad