To whom it may concern,

I am thirty years old and I have known Jason Dixon since I was thirteen. Jason and I played on the football team together. He was always full of intensity and fun to be around. Like me Jason had knee problems so we sat on the outside looking in alot of the time. There was only a handful of guys in are class that even played, so we were pretty close. Throughout school we were in alot of classes together and we fished together. We have always stayed in touch and not once have I gotten into a fight with him or felt distant with him. He has always been there for me if I needed to talk or if I needed help. He is very close to his family and he is likeable to strangers. I believe that Jason has a good heart and I believe he is a very talented person. I would agree that he has some maturing to do in life, but don't we all. I am a farmer and a simple man, I try to live a peaceful sensable life. I have never had a problem with Jason that we couldn't handle and I have enjoyed having him as a friend. I do not know what his immediate obligations and goals are, but I am looking forward to being there for him as he will for me. In summary I feel Jason is a Strong, Intelligent and overall good human being.

Sincerely
s/Robert A. Newman