# Certificate of Completion

This Certificate is presented to:

## Jason Dixon

by Prairie Center Health Systems in recognition of your completion of the Adult Treatment Program this 7th day of March, Two-thousand and Six

Signature: *[signature] MS/LPC*

Date: 3-7-06

*One day at a time*